UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CELESTINE GIBSON,<br><br>        Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN<br>POLICE DEPARTMENT, *et al.*,<br><br>        Defendants. | 2:12-cv-00900-GMN-CWH<br><br>ORDER |

      The parties submitted a Stipulated Protective Order (#35) which the Court reviewed and entered. *See* Order (#36).   This order modifies the stipulated protective order with respect to the sealing of documents filed with the Court.   Papers filed with the Court under seal must be filed in accordance with Local Rule 10-5(b).

      **IT IS SO ORDERED**.

      DATED this 3rd day of October, 2012.

                                                                                    C.W. Hoffman, Jr.<br>
                                                                                     United States Magistrate Judge