1
2
3
4                       UNITED STATES DISTRICT COURT
5                            DISTRICT OF NEVADA
6                                    * * *
7   CELESTINE GIBSON,                    )
                                         )
8                    Plaintiff,          )        2:12-cv-00900-GMN-CWH
                                         )
9   vs.                                   )        ORDER
                                         )
10  LAS VEGAS METROPOLITAN               )
    POLICE DEPARTMENT, *et al.*,          )
11                                        )
                     Defendants.          )
12  _____)

13        The parties submitted a Stipulated Protective Order (#35) which the Court reviewed and

14  entered. *See* Order (#36).   This order modifies the stipulated protective order with respect to the

15  sealing of documents filed with the Court.  Papers filed with the Court under seal must be filed in

16  accordance with Local Rule 10-5(b).

17        **IT IS SO ORDERED**.

18        DATED this 3rd day of October, 2012.

19
20                                        _____
                                          C.W. Hoffman, Jr.
21                                        United States Magistrate Judge

22
23
24
25
26
27
28