UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CELESTINE GIBSON, | ) |
| | ) |
| Plaintiff, | ) 2:12-cv-00900-GMN-CWH |
| | ) |
| vs. | ) ORDER |
| | ) |
| LAS VEGAS METROPOLITAN | ) |
| POLICE DEPARTMENT, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

This matter is before the Court on Defendant Jesus Arevalo's Motion to Stay Discovery (#40), filed December 13, 2012, and Plaintiff's Response (#44), filed December 27, 2013. Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Michael Hnatuick, and David Dockendorf have all filed joinders to Defendant Arevalo's motion. *See* (Dkt. #41), (Dkt. #42), and (Dkt. #43).

Defendant Arevalo requests a stay of discovery pending completion of grand jury proceedings initiated "to investigate the facts and circumstances surrounding the death of Stanley Levon Gibson." *See* Def.'s Mot. (#40) at 1:20-22. In response, Plaintiff notes that the grand jury proceeding concluded on December 19, 2012 rendering the requested stay moot. Defendant Arevalo did not file a reply, but Defendant LVMPD concedes in its response to Plaintiff's pending motion to compel that the grand jury proceedings have been closed since December. Def's Resp. (#50) at 4:1-2. LVMPD further stated that the entirety of the criminal review was closed on or around February 28, 2013. *Id*. at 4:3-11. Consequently, Defendant Arevalo's motion to stay, which is predicated on an ongoing criminal investigation, is moot because the

1  criminal investigation has concluded.  Accordingly,

2  **IT IS HEREBY ORDERED** that Defendant Jesus Arevalo's Motion to Stay Discovery

3  (#40) is **denied as moot**.

4  DATED this 5th day of March, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge