UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CELESTINE GIBSON, ) | |
| ) | |
| Plaintiff, ) | 2:12-cv-00900-GMN-CWH |
| ) | |
| vs. ) | <u>ORDER</u> |
| ) | |
| LAS VEGAS METROPOLITAN ) | |
| POLICE DEPARTMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. The subpoena return filed by Plaintiff on the Court docket at (#61) was filed in violation of Local Rule 26-8, and shall be **STRICKEN** by the Clerk. The parties are counsel are further advised that failure to comply with Local Rule 26-8 may result in sanctions pursuant to, *inter alia*, Local Rule IA 4-1; Fed. R. Civ. P. 16(f).

**IT IS SO ORDERED**.

DATED: March 20, 2013.

C.W. Hoffman, Jr.
United States Magistrate Judge